IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 1:19-CR-11 |
| v. | ) DEFENDANT'S INFORMED CONSENT TO CONTINUANCE |
| WYNN ALAN WALSTAD, | ) |
| Defendant. | ) |

I am the Defendant in this matter. I consent to the Motion to Continue Trial filed on my behalf. I understand that this means that the delay requested is excluded from counting under the Speedy Trial Act, 18 U.S.C. § 3161, et. seq.

I have discussed this matter with my attorney. I have had my questions concerning the motion answered. I have been advised of my rights under the Speedy Trial Act and my constitutional right to a speedy trial under the Sixth Amendment to the United States Constitution. My consent is being made freely, voluntarily, and knowingly.

Dated this 24 day of April, 2019.

_____
Defendant